# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANCELL EUGENE HAMM, | ) | |
| Petitioner, | ) | Civil Action No. 15-1517 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| BARAK OBAMA, *et al.*, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Mitchell's Order (Doc. 2) requiring Petitioner to file his Section 2254 habeas petition in the proper form was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings); *see also* L. Civ. R. 2254(B)(2) (if 2254-petitioner does not use "the standard form supplied by this Court," his submission still "must substantially follow the standard form" and "shall contain all of the information" contained therein). Accordingly, Petitioner's Objections (**Doc. 6**) are **OVERRULED**, and Judge Mitchell's ruling is **AFFIRMED**.

Consistent with the foregoing, Petitioner has until **January 29, 2016** to comply with Judge Mitchell's Order. No further extensions will be granted, and Petitioner's failure to timely comply will result in a dismissal of his action.

IT IS SO ORDERED.

January 8, 2016

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class, U.S. Mail):

Ancell Eugene Hamm
AK-2165
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450